```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     ANTHONY FALSO

                         Plaintiff(s)

        -vs-                                  05-Cv-6547T

     ABLEST STAFFING SERVICES, ET AL

                         Defendant(s)
_____
```

      Sheri D. McWhorter, Esq. has submitted to the Court evidence that she is presently a member in good standing of the Bar of the State of Florida and has requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the request of Sheri D. McWhorter, Esq. is granted. Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

      Wherefore, upon receipt of the $75.00 admission fee, Sheri D. McWhorter, Esq. will be admitted to practice _pro hac vice_ in the above-captioned matter.

      ALL OF THE ABOVE IS SO ORDERED.

```
                              S/ MICHAEL A. TELESCA
                              MICHAEL A. TELESCA
                              United States District Judge

Dated:  Rochester, New York
        December 22, 2005
```